FILED: November 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4544
(2:25-cr-00031-JKW-RJK-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ALEX TYLER BUENAGA

Defendant - Appellant

---

O R D E R

---

The court appoints the Federal Defender for the Eastern District of Virginia to represent Alex Tyler Buenaga in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk